**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02017-WJM
Criminal Action No. 04-cr-00180-WJM

UNITED STATES OF AMERICA,

v.

GWEN BERGMAN,

    Defendant/Movant

## ORDER

    This matter is before the Court on Gwen Bergman's motion to vacate her conviction and sentence pursuant to 28 U.S.C. § 2255 ("the Motion"). (ECF No. 643, 645.) The Court hereby ORDERS that the United States of America shall file an Answer to the Motion on or before November 4, 2011. The Answer shall comply with Rules 5(b) and 5(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Bergman may file a Reply on or before November 18, 2011.

    Dated this 18th day of October, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge