**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-02017-WJM
(Criminal Action No. 04-cr-00180-WJM)

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

GWEN BERGMAN,

Defendant/Movant.

---

## ORDER

---

This matter is before the Court on Gwen Bergman's Motion for Financial

Assistance for Travel and Lodging for the Upcoming Hearing Pursuant to 18 U.S.C. §

4285 (the "Motion"). (ECF No. 713.) In the Motion, Ms. Bergman alleges that she "is

indigent due to her recent release from prison. She is unemployed, has no income or

assets. Standby counsel is court appointed, therefore, Movant qualifies for assistance

under the statutes." (*Id.* at 2.) Ms. Bergman identifies 18 U.S.C. § 4285 and 5 U.S.C. §

5702 as the statutes under which she seeks this financial assistance. (*Id.* at 1-2.)

The Court declines to rule on the Motion at this time, and instead requires Ms.

Bergman to file supplemental information in support of her Motion. On or before April

25, 2012, Ms. Bergman shall file the following supplemental information with the Court:

(1)     Any other legal authorities (other than 18 U.S.C. § 4285 and 5 U.S.C. § 5702)

        that would provide a basis for this Court to authorize payment of the financial

        assistance Ms. Bergman seeks; and

(2)    A declaration from Ms. Bergman, signed pursuant to 28 U.S.C. § 1746, which

explains:

a.    Ms. Bergman's total net assets, with a detailed description of those assets

(including, but not limited to, property owned, savings accounts,

investment accounts, or retirement accounts);

b.    Ms. Bergman's current monthly income, if any, and the source of that

income;

c.    A detailed description of the financial support Ms. Bergman receives, if

any, from others;

d.    Ms. Bergman's average monthly expenses (spent on herself and anyone

else she is responsible for taking care of); and

e.    Any other information that might be helpful to the Court in ascertaining

whether or not this Court should authorize payment of the financial

assistance that Ms. Bergman seeks.

Dated this 18th day of April, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge