IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-02017-WJM
(Criminal Action No. 04-cr-00180-WJM)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GWEN BERGMAN,

    Defendant/Movant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that counsel, advisory counsel, Defendant/Movant shall retain custody of their respective exhibits from the evidentiary hearing held May 7 and May 8, 2012 until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 8 day of May, 2012.

BY THE COURT:

William J. Martínez, Judge

_____
Attorney for Government

_____
Defendant/Movant Gwen Bergman