IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02017-WJM
(Criminal Action No. 04-cr-00180-WJM)

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

GWEN BERGMAN,

    Defendant/Movant.

_____

## JUDGMENT SETTING ASIDE CONVICTION
_____

Pursuant to and in accordance with the Order [ECF No. 741], filed June 8, 2012, the following Judgment is hereby entered:

The Court ORDERS as follows:

(1) Defendant/Movant Gwen Bergman's motion to vacate sentence under 28 U.S.C. § 2255 (ECF No. 643) is GRANTED;

(2) The Amended Judgment in a Criminal Case (ECF No. 442)(Criminal Action No. 04-cr-00180-WJM)) is VACATED and SET ASIDE; and

(3) Ms. Bergman shall be DISCHARGED from her term of supervised release.

The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this    13th    day of June, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge